■ PEOPLE, Respondent, v DALLAS SIMON, Appellant. [652 NYS2d 582] —Motion for renewal denied. Memorandum: We have considered the supplemental issues raised by defendant and conclude that they lack merit. Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.

■ In the Matter of MARK M. JASEN, for Reinstatement. [652 NYS2d 462] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Pine, J. P., Lawton, Balio, Davis and Boehm, JJ. (Filed Dec. 11, 1996.)

■ In the Matter of JOSEPH F. MUTO, for Reinstatement. [652 NYS2d 462] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Denman, P. J., Green, Pine, Fallon and Callahan, JJ.

■ In the Matter of HARRY S. PACK, an Attorney. [652 NYS2d 574] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Denman, P. J., Green, Pine, Fallon and Callahan, JJ.

■ In the Matter of H. THOMAS SWARTZ, an Attorney. [652 NYS2d 574] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Denman, P. J., Green, Pine, Fallon and Callahan, JJ.